IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG BOWENS,

      Petitioner,                  No. CIV S-08-1489 GGH P

  vs.

D.K. SISTO, et al.,

      Respondents.           ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2007 by the California Board of Parole Hearings (BPH) finding him unsuitable for parole.

      On May 16, 2008, the Ninth Circuit granted rehearing en banc in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008). On August 5, 2008, respondent filed a request to stay this action pending the Ninth Circuit's decision in <u>Hayward</u>.

////
////
////
////
/////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

DATED: 09/09/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bowens.osc